Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA LYNN MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BREA; CITY OF YORBA LINDA; NOCHOLAS PETROPULOS; CHRISTOPHER HARVEY and DOES 1 through 10, Inclusive,<br><br>    Defendants. | No. SA CV12-1846 JCG<br><br>**JUDGMENT AFTER JURY VERDICT** |

    Pursuant to the jury verdict of October 31, 2014 [Docket #91], in favor of the defense,

    IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff take nothing by way of her lawsuit and Defendants shall recover their costs in the amount **as determined by the Clerk**.

Dated: November 12, 2014

_____
Honorable Jay C. Gandhi
United States Magistrate Judge